UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>PETER W. WESTHAVER,<br><br>                Defendant. | CR-12-0082-RMP<br><br>ORDER DENYING<br>MOTION TO RECONSIDER |

The undersigned has considered the Supplemental Pretrial Services Report and the submissions of the parties. The Motion to Reconsider Detention Order, **ECF No. 33)** is **DENIED.** The charges are very serious and involve explosives allegations. Defendant's criminal history is significant. The release plan is insufficient to reasonably assure supervisability or reasonable absence of risk to the community.

**IT IS SO ORDERED.**

DATED October 5, 2012.


                                 S/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO RECONSIDER - 1